Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT STEVEN BURTON,<br><br>　　　　　Defendant. | No. 6:13-CR-0008-MJS<br><br>STIPULATION TO CONTIUE TRIAL DATE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant Robert Steven Burton, by and through his attorney of record, Jerome Price, that the Trial in the above-captioned matter set for February 21, 2014 shall be continued to March 12, 2014, 2013 at 9:00 a.m.

Dated: February 3, 2014　　　　　　　/S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　Yosemite National Park

Dated: February 3, 2014　　　　　　　 /S/ Jerome Price　　_____
　　　　　　　　　　　　　　　　　　　Jerome Price
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　Robert Steven Burton

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the February 21, 2014, Trial for <u>U.S. v. Burton</u>, case number 6:13-CR-0008-MJS, is hereby continued to March 12, 2014 at 9:00 a.m.  The Trial Confirmation Hearing set for February 4, 2014 at 10:00 a.m. is hereby continued to February 25, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   February 3, 2014              /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE