Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT STEVEN BURTON,<br><br>Defendant. | No.  6:13-cr-0008-MJS<br><br>**AMENDED MOTION TO DISMISS COUNT THREE OF THE SUPERSEDING INFORMATION; AND ORDER THEREON** |

  Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal with prejudice of Count Three of the Superseding Information.  As admitted into evidence during the trial in this matter as Government Exhibit 15, the California Department of Motor Vehicles Driver Record Information shows Defendant's license was suspended by department action for driving under the influence on January 28, 2012, however, the Government is not able to confirm a conviction for that charge as required by California Vehicle Code § 14601.2.

On April 9, 2014 Government filed a Motion to Dismiss Count Three.  The Government's motion sought a dismissal without prejudice.  On April 14, 2014, Defendant filed a Statement of Non-Opposition to Government's Motion to Dismiss indicating the Defendant does not oppose the Government Motion to dismiss provided that the dismissal be with prejudice.  The Government, through this amended motion, hereby moves for a dismissal with prejudice.

For the reason stated above, the Government requests, and the Defendant does not oppose, the Court issue an order dismissing count three of the superseding information with prejudice.

Dated:  April 14, 2014                         NATIONAL PARK SERVICE

                                               /S/ Susan St. Vincent
                                            Susan St. Vincent
                                            Acting Legal Officer

### **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that Count Three of the Superseding Information in the above referenced matter, *United States v. Burton* 6:13-cr-0008-MJS, be dismissed, with prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   April 15, 2014                         /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE