IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 6:13-CR-00008-MJS |
| vs. | ) | ORDER OF RELEASE |
| ROBERT STEVEN BURTON, | ) | |
| Defendant. | ) | |

The above named defendant was sentenced on May 21, 2014 to TIME SERVED.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   May 21, 2014          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE

1